FILED
October 20, 2021
CLERK, U S  DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____TB_____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | Cause No. **DR-21-CR-01656-AM** |
| v. | § § § | **I N D I C T M E N T** |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, <br> MIGUEL EMMANUEL REYES, <br> ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | § § § § § § § § § § § § | [VIO: COUNT ONE: 21 U.S.C. §§ 952(a) and 960(a)(1) & (b)(1), and 963 Conspiracy to Import Methamphetamine; COUNT TWO: 21 U.S.C. §§ 952(a) and 960(a)(1) & (b)(1) Importation of Methamphetamine; COUNT THREE: 21 U.S.C. § 841(a)(1) & (b)(1)(A) and 846, Conspiracy to Possess With Intent to Distribute Methamphetamine; COUNT FOUR 18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm.] |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[21 U.S.C. §§ 952(a) and 960(a)(1) & (b)(1), and 963]

On or about August 1, 2020, in the Western District of Texas, Defendants,

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓,
MIGUEL EMMANUEL REYES,
▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

knowingly, intentionally and unlawfully combined, conspired, confederated and agreed together and with others known and unknown to the Grand Jury to import and cause to be imported a controlled substance, which offense involved a quantity of 500 grams or more of a mixture or substance containing a detectable amount of Methamphetamine, its salts, isomers, and salts of its

isomers, a Schedule II Controlled Substance, into the United States from the Republic of Mexico, contrary to Title 21, United States Code, Sections 952(a) and 960(a)(1) & (b)(1), and 963.

## COUNT TWO
[21 U.S.C. §§ 952(a) and 960(a)(1) & (b)(1)]

On or about August 1, 2020, in the Western District of Texas, Defendants,

██████████████,
MIGUEL EMMANUEL REYES,
██████████████,

did knowingly, intentionally, and unlawfully import into the United States from the Republic of Mexico, a place outside of the United States, a controlled substance, which offense involved a quantity of 500 grams or more of a mixture or substance containing a detectable amount of Methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 952(a) and 960(a)(1) & (b)(1).

## COUNT THREE
[21 U.S.C. § 841(a)(1) & (b)(1)(A) and 846]

On or about August 1, 2020, in the Western District of Texas, Defendants,

██████████████,
MIGUEL EMMANUEL REYES,
██████████████,

knowingly, intentionally, and unlawfully combined, conspired, confederated and agreed together and with others known and unknown to the Grand Jury, to possess with the intent to distribute a controlled substance, which offense involved a quantity of 500 grams or more of a mixture or substance containing a detectable amount of Methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II Controlled Substance, contrary to Title 21, United States Code, Sections 841(a)(1) & (b)(1)(A) and 846.

COUNT FOUR
[18 U.S.C. § 922(g)(1)]

Between July 21, 2020 and July 30, 2020, in the Western District of Texas, Defendant,

MIGUEL EMMANUEL REYES,

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, a firearm, to wit: a .40 caliber Taurus PT 140 Millennium G2 handgun, serial number SJW55670, in and affecting commerce, and which had been transported in interstate commerce or foreign commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

FOREPERSON

ASHLEY C. HOFF
United States Attorney

By: _____
REX G. BEASLEY
Assistant United States Attorney